UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRENDA WATSON, on behalf of
herself and on behalf of all others
similarly situated,

    Plaintiff,

v.

Case No.: 5:19-cv-00515-JSM-PRL

VILLAGES TRI-COUNTY MEDICAL
CENTER, INC.,

    Defendant.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Subject to Court approval, the parties have settled Plaintiff's claims on a class-wide basis for significant monetary relief of $194,250.00. The proposed settlement satisfies all of the criteria for approval under the FLSA. With this motion, Plaintiff respectfully requests that the Court: (1) grant preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit A; (2) approve the proposed Notice of Collective Action Settlement ("Notice"), attached as Exhibit B and direct its distribution in accordance with the terms of the settlement agreement; and (3) for final settlement approval, as outlined herein. In support thereof, Plaintiffs state as follows:

**I.**     **General Overview.**

This is a collective action to enforce the minimum wage and overtime provisions of the Fair Labor Standards Act ("FLSA"). Defendant operates a hospital in Sumter County, Florida. Named Plaintiff, Brenda Watson, began working for Defendant as a registered nurse in 2013 and is still employed by Defendant today. She brings this action on behalf of herself and a group of

1

similarly-situated registered nurses ("RNs"), licensed practical nurses ("LPNs"), and certified nurse assistants ("CNAs") employed by Defendant who were not paid minimum wage or overtime (time-and-a-half) for hours spent taking Advanced Cardiovascular Life Support ("ACLS") and Basic Life Support ("BLS") classes required by Defendant.

Plaintiff's counsel has already been retained by a total of three Plaintiffs, including named Plaintiff Brenda Watson, along with opt-in Plaintiffs Mary Hayes and Julie Widman. Each of these Plaintiffs have consented to join this action by virtue of completing the consent forms that have been or will be filed in this lawsuit. Additionally, Named Plaintiff Brenda Watson and Opt-in Plaintiffs Mary Hayes and Julie Widman have also filed sworn declarations in support of this Motion. Due to the uniform nature of Defendant's policies, there exists a class of similarly-situated RNs, LPNs, and CNAs who worked for Defendant who are owed minimum wage and overtime for hours spent taking ACLS and BLS classes which were required by Defendant.

The Parties have engaged in early mediation of this case, prior to conducting discovery. The Parties have come to an agreement to resolve the case on a class-wide basis. Accordingly, pursuant to 29 U.S.C. § 216(b), Plaintiff moves this Honorable Court to conditionally certify and authorize undersigned counsel to mail and e-mail Notice of this lawsuit (Exhibits A and B) and Opt-In Consent Form to become a plaintiff (Exhibit C) to:

> **Current and former registered nurses ("RNs), licensed practical nurses ("LPNs"), and certified nursing assistants ("CNAs") who worked for Defendant at The Villages Regional Hospital in The Villages, Florida from December 15, 2017, through December 15, 2020 who believe they were not paid minimum wage or overtime for hours spent taking Advanced Cardiovascular Life Support ("ACLS") and Basic Life Support ("BLS") classes required by Defendant.**

## II.   Summary of the Settlement.

### A.   Terms.

Defendant has agreed to create a settlement common fund of up to $143,750.00 ("the Fund"). The Fund will cover awards to class members. The Defendant has also agreed to pay $43,000.00 to Plaintiff's counsel for attorneys' fees and costs. At all times, the amount of attorneys' fees and costs was negotiated separately from the amount to resolve the Plaintiff and Class FLSA claims. Named Plaintiff, Brenda Watson, along with current Opt-in Plaintiffs, Julie Widman and Mary Hayes, will each receive $2,500.00 in exchange for a general release of claims. In addition to the Fund, Defendant is responsible for paying the employer's share of employment taxes, including federal and state payroll taxes, the employer's share of the FICA tax, and any federal and state unemployment tax due on the portion of class members' settlement awards that is allocated to wages.

### B.   The Limited Release Applies Only to Wage Claims.

The Named Plaintiff and FLSA Class members who opt in to the settlement will release all Florida common law wage claims and release their FLSA claims if they file consent forms to opt-in to this lawsuit, thus satisfying the FLSA's opt-in mechanism.

### C.   Class Member Eligibility.

The FLSA class consists of the approximately 634 current and former RNs, LPNs, and CNAs who worked for Defendant at The Villages Regional Hospital in The Villages Florida from December 15, 2017, through December 15, 2020 who believe they were not paid minimum wage or overtime for hours spent taking ACLS and BLS classes required by Defendant, and opt-in to the lawsuit.

D.   **Allocation Formula.**

Individual Settlement Payments will be paid to class members according to the "Allocation Formula" provided in the Parties' attached settlement agreement, to wit: 1) the Claims Administrator shall determine, based upon information provided by the Defendant, whether a Settlement Participant took one or more BLS or ACLS class during the Covered Period; 2) CNA's who took one or more BLS or ACLS class during the Covered Period shall be compensated based upon the average hourly rate of $13.82 for 2 hours of time for any BLS class taken and/or 6 hours of time for any ACLS class taken; 3) LPN's who took one or more BLS or ACLS class during the Covered Period shall be compensated based upon the average hourly rate of $18.97 for 2 hours of time for any BLS class taken and/or 6 hours of time for any ACLS class taken; 4) RN's who took one or more BLS or ACLS class during the Covered Period shall be compensated based upon the average hourly rate of $32.10 for 2 hours of time for any BLS class taken and/or 6 hours of time for any ACLS class taken. Importantly, this is a "claims made" settlement, meaning class members are required to opt-in to the lawsuit as a condition of receiving their Individual Settlement Payment.

E.   **Attorneys' Fees and Costs.**

The Parties have separately negotiated an amount of $43,000.00 to be paid to Plaintiff's counsel for attorneys' fees and costs. At all times, the amount of fees and costs was separately negotiated from the amounts owed to Plaintiff and the putative class.

F.   **Separate Consideration for General Release.**

In addition to their individual award under the allocation formula, Watson, Hayes, and Widman will receive an additional payment in the amount of $2,500 in exchange for a separate general release. The Parties hereby agree and affirm that the waiver of claims set forth in this separate agreement was negotiated without regard to Plaintiff's FLSA claim, and that in exchange

for the releases contained therein Plaintiff is receiving additional consideration to which she would not otherwise be entitled.

### III. The Court Should Provisionally Certify This Case as a Collective Action Pursuant to Section 216(b) of the FLSA.

Plaintiff's Unopposed Motion to Certify this Case as a Collective Action has been contemporaneously filed and is incorporated by reference herein.

### CONCLUSION

Plaintiff respectfully requests that the Court preliminarily approve the settlement, conditionally certify the settlement class and enter an order approving the Settlement Notice and Settlement Agreement.

### LOCAL RULE 3.01(g) COMPLIANCE

Pursuant to Local Rule 3.01(g), Counsel for Plaintiff conferred with counsel for the Defendant as to the relief sought in this Motion. Defendant does not object to this Motion.

DATED this 19th day of January, 2021.

Respectfully submitted,

_s/ Christopher J. Saba_
**CHRISTOPHER J. SABA**
Florida Bar Number: 0092016
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813-321-4086
Facsimile: 813-229-8712
Email: csaba@wfclaw.com
Email: tsoriano@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of January a true and correct copy of the foregoing was furnished to all counsel of record via the Court's CM/ECF filing system.

*s/ Christopher J. Saba*
**CHRISTOPHER J. SABA**
